DAVID R. FISCHER, ESQ.
Nevada Bar No. 010348
400 South 4th Street, Suite 500
Las Vegas, NV  89101
(702) 547-3944
(702) 974-1458 Fax
Attorney for Defendant – EDGAR REYES

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:17-mj-0647-PAL |
| | ) (Second Request) |
| Plaintiff, | ) |
| v. | ) |
| EDGAR REYES, | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION AND ORDER TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED AND AGREED by and between DAVID R. FISCHER, ESQ., counsel for Defendant, EDGAR FLORES, and KATHRYN C. NEWMAN, ESQ., Assistant United States Attorney, that the Sentencing hearing currently scheduled for December 6, 2017, at 8:45 A.M., be vacated and reset to a date and time convenient to the Court but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The defendant, who is out of custody and working, needs to be out of the District on December 6, 2017, in connection with his job.

-1-

2. Counsel for the Defendant has spoken to counsel for the United States and she has no objection to the continuance;

3. This is the second request for a continuance;

4. Denial of this request for continuance could result in a miscarriage justice;

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing date until a date and time convenient to the Court.

This is the second request for continuance filed herein.

DATED: November 22, 2017

/S/
DAVID R. FISCHER, ESQ.
Counsel for Defendant

/s /
KATHRYN C. NEWMAN, AUSA
Counsel for USA

### PROPOSED ORDER

IT IS HEREBY ORDERED that the sentencing for Defendant Edgar Reyes in the above captioned case, currently set for December 6, 2017, at 8:45 a.m., be vacated and continued to **January 10, 2018, at 8:45 a.m.** The request for a 60-day extension is denied.

U.S. MAGISTRATE JUDGE