DAVID R. FISCHER, ESQ.
Nevada Bar No. 010348
400 South 4th Street, Suite 500
Las Vegas, NV 89101
(702) 547-3944
(702) 974-1458 Fax
Attorney for Defendant – EDGAR REYES

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-mj-0647-PAL |
| | ) | (Third Request) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EDGAR REYES, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## **STIPULATION AND ORDER TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED AND AGREED by and between DAVID R. FISCHER,

ESQ., counsel for Defendant, EDGAR FLORES, and KATHRYN C. NEWMAN, ESQ.,

Assistant United States Attorney, that the Sentencing hearing currently scheduled for January 10,

2018, at 8:45 A.M., be vacated and reset to a date and time convenient to the Court but no earlier

than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense Counsel is out of the jurisdiction and will not return until January 17, 2018;

2. Counsel for the Defendant has spoken to counsel for the United States and she has no objection to the continuance;

3. This is the third request for a continuance;

4. Denial of this request for continuance could result in a miscarriage justice;

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing date until a date and time convenient to the Court.

This is the third request for continuance filed herein.

DATED: January 4, 2018

_____/S/_____          _____/s /_____
DAVID R. FISCHER, ESQ.                      KATHRYN C. NEWMAN, AUSA
Counsel for Defendant                       Counsel for USA


**PROPOSED ORDER**

IT IS HEREBY ORDERED that the sentencing for Defendant Edgar Reyes in the above captioned case, currently set for January 10, 2018 at 8:45 a.m., be vacated and continued to February 14, 2018, at 8:45 a.m.

IT IS FURTHER ORDERED that **NO FURTHER EXTENSIONS WILL BE GRANTED.**

_____
U.S. MAGISTRATE JUDGE